## CARL STEVE *v.* COMMISSIONER OF CORRECTION

The respondent commissioner of correction's petition for certification for appeal from the Appellate Court, 39 Conn. App. 455 (AC 13825), is denied.

*L. D. McCallum*, assistant attorney general, in support of the petition.

*Deborah DelPrete Sullivan*, assistant public defender, in opposition.

Decided November 6, 1995

## STATE OF CONNECTICUT *v.* STANLEY GOODRUM

The defendant's petition for certification for appeal from the Appellate Court, 39 Conn. App. 526 (AC 12615), is denied.

*James B. Streeto*, special public defender, in support of the petition.

*Nancy L. Gillespie*, deputy assistant state's attorney, in opposition.

Decided November 6, 1995

## STATE OF CONNECTICUT *v.* MICHAEL M. HAMPDEN

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 905 (AC 13706), is denied.

*Michael M. Hampden*, pro se, in support of the petition.

*Kevin Kane*, state's attorney, in opposition.

Decided November 13, 1995